03-15-0399-CV

| BRIAN DIERSCHKE AND | & | IN THE THIRD |
| MARVIN DIERSCHKE | & | |
| | & | |
| | & | COURT |
| V. | & | |
| | & | |
| CHERYL LYNN DIERSCHKE, | & | |
| DANA JOY DIERSCHKE NEZWEK, | & | OF APPEALS |
| AND GRANT STEVEN DIERSCHKE | & | |

## ANSWER AND EXPLANATION

Come now, Brian Dierschke pro se litigant for Brian Dierschke and Marvin Dierschke will provide an answer and explanation for the September 21, 2015 letter sent by Court of Appeals Deputy Clerk, Amy Strother. Enclosed is the cover of the brief sent on August 19th, 2015 along with a copy of the Certified Letter card. Both 03-15-0399-CV and 03-15-0400-CV are basically the same judge's order. The second judge's order vacated the first and we did not want to be tricked so we appealed both of them even though they were basically the same. There is only one court transcript for both appeals. I put both appeal numbers on the cover of the brief. The local district court clerk sent both judge's orders to be appealed even though they were both the same and the first one had been vacated. We apologize for any inconvenience that we caused or the local district court clerk caused. Respectfully Submitted.

Brian Dierschke
Brian Dierschke
8494 Hawk Ave
San Angelo, Tx 76904
bwdierschke@msn.com
325-651-9296

Sept 25,2015

RECEIVED
SEP 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Pro Se

No. <u>03-15-00400-CV</u>
No. <u>03-15-00399-CV</u>

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT OF TEXAS

AT AUSTIN

\*\*\*\*\*\*\*\*\*\*

BRIAN DIERSCHKE AND MARVIN DIERSCHKE

APPELLANT

V.

CHERYL LYNN DIERSCHKE, DANA JOY DIERSCHKE
AND GRANT STEVEN DIERSCHKE

APPELLEE

\*\*\*\*\*\*\*\*\*\*

<u>**BRIEF OF APPELLANT**</u>

\*\*\*\*\*\*\*\*\*\*\*\*

(Appealed from the 340th District Court
of Tom Green County, Texas)

\*\*\*\*\*\*\*\*\*\*\*\*

Larry W. Bale
Attorneys for Appellee
One East Twohig Third  Floor
P. O. Box 271
San Angelo, Tx 76902-0271

Brian W. Dierschke
Pro se for Appellant
8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CouRT of APPEALS
Third District of Texas
P.O. Box 12547
Austin, Tx 78711-2547

9590 9401 0000 5071 8241 34

2. Article Number (Transfer from service label)

7015 1660 0001 0375 5047

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BRIAN DIERSCHKE
8494 HAWK AVE
SAN ANGELO, TX 76904

USPS TRACKING #



9590 9401 0000 5071 8241 34

**USPS TRACKING #**

9114 9999 4431 4921 5627 12

LAB400R Aug. 2013
7690-17-000-0669

**UNITED STATES POSTAL SERVICE**

PICKUP AVAILABLE

INSURANCE INCLUDED*

INCLUDED*

02 1P
0001918266    SEP 25 2015
MAILED FROM ZIP CODE 76957

UNITED STATES POSTAGE
PITNEY BOWES
$ 005.75⁰

FROM:

FROM·

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL** ®

For Domestic
and International Use



From    BRIAN DIERSCHKE
        8494 HAWK AVE
        SAN ANGELO, TX 76904

TO      COURT OF APPEALS
        Third District of Texas
        P.O. Box 12547
        Austin, TX 78711-2547

Label 228, January 2008

